IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br>　　　　vs. )<br>SEAN L. KITTO, )<br>　　　　　　Defendant. ) | 8:08CR86<br><br>ORDER |

Defendant Sean L. Kitto appeared before the court on March 15, 2011 on a Petition Warrant or Summons for Offender Under Supervision [29]. The defendant was represented by CJA Panel Attorney Jon S. Natvig and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). Defendant requested detention hearing be held in abeyance so he may investigate a release plan.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **April 1, 2011 at 8:30 a.m.** Defendant must be present in person.

2. The defendant, Sean L. Kitto, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 15th day of March, 2011.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge